UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
LOLITA RENA MARTIN,  CASE NO. 17-41898-MAR
DEBTOR  JUDGE MARK A RANDON
_____/

## TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT of Treasury FILED ON MAY 15, 2017 AS COURT CLAIM 13-1

NOW COMES the Chapter 13 Trustee, Krispen S. Carroll, and states as follows:

1. The Trustee objects to the Proof of Claim filed by Michigan Department of Treasury on May 15, 2017 as the face of the Proof of Claim and supporting documents attached to the Proof of Claim are in the name of Latina Lucas and not that of the Debtor, which leads the Trustee to believe the Proof of Claim was filed in the incorrect case.

WHEREFORE, the Chapter 13 Trustee prays this Honorable Court disallow the claim of Michigan Department of Treasury filed on May 15, 2017 as Court claim 13-1.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

May 17, 2017

/s/ Margaret Conti Schmidt
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold Street, Suite 1100
Detroit, MI 48226
313/962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
LOLITA RENA MARTIN,  CASE NO. 17-41898-MAR
DEBTOR  JUDGE MARK A RANDON
_____/

ORDER GRANTING TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT of Treasury FILED ON MAY 15, 2017 AS COURT CLAIM 13-1

This matter having come before the Court by way of objection of the Chapter 13 Trustee to the allowance of above-referenced claim of Michigan Department of Treasury on May 15, 2017 as Court claim 13-1, service having been made with a notice of hearing allowing a thirty (30) day notice period pursuant to F.R.Bankr.P. 3007, the requisite time having passed without a response having been timely served and the Court being otherwise sufficiently advised in the premises;

IT IS HEREBY ORDERED that the claim of Michigan Department of Treasury filed on May 15, 2017 as Court claim 13-1 shall be disallowed.

EXHIBIT "A"

Official Form 420A (Notice of Motion of Objection) (12/16)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| IN THE MATTER OF:<br><br>LOLITA RENA MARTIN,<br>AKA/DBA:<br>Debtor. | CHAPTER 13<br>CASE NO. 17-41898-MAR<br>JUDGE MARK A RANDON |

Address
7159 CREEKS CROSSING
WEST BLOOMFIELD, MI  48322-0000

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s)., (if any):
     6505,

Employer's Tax Identification (EIN) No(s).(if any): ____

NOTICE OF OBJECTION TO CLAIM

The Chapter 13 Trustee has filed an objection to your claim in this bankruptcy case.

Your claim may be reduced, modified, or disallowed.  You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before July 12, 2017, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at[1]:

U.S. Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e)

Page 3 of 6

17-41898-mar    Doc 34    Filed 05/18/17    Entered 05/18/17 06:55:37    Page 3 of 6

You must also send a copy to:

| | |
|---|---|
| OFFICE OF THE CHAPTER 13 TRUSTEE<br>719 GRISWOLD STREET, SUITE 1100<br>DETROIT, MI 48226 | THAV GROSS PC<br>30150 TELEGRAPH RD STE 444<br>BINGHAM FARMS, MI 48025-4519 |
| LOLITA RENA MARTIN<br>7159 CREEKS CROSSING<br>WEST BLOOMFIELD, MI 48322-0000 | MICHIGAN DEPARTMENT OF TREASURY<br>BANKRUPTCY UNIT<br>P O BOX 30168<br>LANSING MI 48909 |

    2.    Attend the hearing on the objection, scheduled to be held on July 19, 2017 at 9:00 a.m. in Courtroom 1825, United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

    If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

May 17, 2017

/s/ Margaret Conti Schmidt
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold Street, Suite 1100
Detroit, MI 48226
313/962-5035
notice@det13ksc.com

Page 4 of 6

17-41898-mar    Doc 34    Filed 05/18/17    Entered 05/18/17 06:55:37    Page 4 of 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
LOLITA RENA MARTIN,  
DEBTOR  
_____/

CHAPTER 13  
CASE NO. 17-41898-MAR  
JUDGE MARK A RANDON

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT of Treasury FILED ON MAY 15, 2017 AS COURT CLAIM 13-1 and NOTICE OF OBJECTION TO CLAIM with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

THAV GROSS PC
30150 TELEGRAPH RD STE 444
BINGHAM FARMS, MI  48025-4519

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

LOLITA RENA MARTIN
7159 CREEKS CROSSING
WEST BLOOMFIELD, MI  48322-0000

MICHIGAN DEPARTMENT OF TREASURY
BANKRUPTCY UNIT
P O BOX 30168
LANSING MI 48909

May 18, 2017

/s/ Angelique N James  
Angelique James  
For the Office of the Chapter 13 Trustee-Detroit  
719 Griswold Street, Suite 1100  
Detroit, MI 48226  
313/962-5035  
notice@det13ksc.com