3961 (Rev. 11-13)



RICK SNYDER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

NICK A. KHOURI
STATE TREASURER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

- Lolita Rena Martin
- 6516 Heritage
- West Bloomfield, MI 48322

Case 17-41898
Chapter 13
Hon. Mark A. Randon

Debtor

## WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIM

The State of Michigan, Department of Treasury, hereby withdraws its request for payment of claim (13-1) in the amount of $4304.51. Filed herein on 5/15/2017.

Sandra M. Braun
Departmental Technician
Office of Collections/Bankruptcy