UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:　　　　　　　　　　　CHAPTER 13
LOLITA RENA MARTIN,　　　　　　　　　　CASE NO. 17-41898-MAR
DEBTOR.　　　　　　　　　　　　　　　　JUDGE MARK A RANDON
_____/

<u>WITHDRAWAL OF TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY FILED ON MAY 15, 2017 AS COURT CLAIM 13-1</u>

NOW COMES the Chapter 13 Trustee, Krispen S. Carroll, and hereby withdraws her Objection to Proof of Claim of Michigan Department Of TREASURY filed on May 15, 2017 as court claim 13-1, as the creditor has withdrawn the Proof of Claim, which resolves the Trustee's objection.

　　　　　　　　　　　　　　　　　　OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
　　　　　　　　　　　　　　　　　　KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

May 30, 2017

　　　　　　　　　　　　　　　　　　/s/ Margaret Conti Schmidt
　　　　　　　　　　　　　　　　　　Krispen S. Carroll (P49817)
　　　　　　　　　　　　　　　　　　Margaret Conti Schmidt (P42945)
　　　　　　　　　　　　　　　　　　Maria Gotsis (P67107)
　　　　　　　　　　　　　　　　　　719 Griswold Street, Suite 1100
　　　　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　　　　(313) 962-5035
　　　　　　　　　　　　　　　　　　notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
LOLITA RENA MARTIN,  
DEBTOR.  
_____/

CHAPTER 13  
CASE NO. 17-41898-MAR  
JUDGE MARK A RANDON

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed WITHDRAWAL OF TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY FILED ON MAY 15, 2017 AS COURT CLAIM 13-1 with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

THAV GROSS PC
30150 TELEGRAPH RD STE 444
BINGHAM FARMS, MI    48025-4519

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

LOLITA RENA MARTIN
7159 CREEKS CROSSING
WEST BLOOMFIELD, MI    48322

Michigan Department of TREASURY
BANKRUPTCY UNIT
P O BOX 30168
LANSING, MI 48909

May 30, 2017

/s/ Angelique N James
Angelique James
For the Office of the Chapter 13 Trustee-Detroit
719 Griswold Street, Suite 1100
Detroit, MI  48226
313/962-5035
notice@det13ksc.com

Page 2 of 2
17-41898-mar    Doc 39    Filed 05/30/17    Entered 05/30/17 10:50:49    Page 2 of 2